LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone: (775) 398-3065
Facsimile: (877) 648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS ALCANTAR, individually,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; DOE DEFENDANT EMPLOYEE I, individually; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00711-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED, by and between Defendant Home Depot U.S.A., Inc., and Plaintiff Dennis Alcantar, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to bear its own attorney's fees,

///

///

///

///

///

///

///

///

costs and related expenses.

DATED: December 18, 2019

BURNHAM BROWN

/s/ Lynn V. Rivera
LYNN V. RIVERA
Nevada Bar No. 6797
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: December 18, 2019

THE POWELL LAW FIRM

/s/ Michael A. Kristof
MICHAEL A. KRISTOF
Nevada Bar No. 7780
6785 W. Russell Road, Ste. 210
Las Vegas, NV 89118
Attorneys for Plaintiff
DENNIS ALCANTAR

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of December, 2019.

# CERTIFICATE OF SERVICE
*Dennis Alcantar v. Home Depot U.S.A., Inc., et al.*
*United States District Court, District of Nevada Case No. 2:19-cv-00711-RFB-DJA*

Pursuant to NRCP 5(b), I certify that I am an employee of Burnham Brown, and that on this date, I caused the foregoing:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

to be served on all parties to this action by:

☒ **E-FILE**: By transmitting a true copy, by way of electronic filing upon each of the parties at the following e-mail address(es).

| | |
|---|---|
| Paul D. Powell<br>Michael A. Kristof<br>THE POWELL LAW FIRM<br>8918 Spanish Ridge Ave., Ste. 100<br>Las Vegas, NV 89148<br>Tel: (702) 728-5500<br>Fax: (702) 728-5501<br>Email: paul@tplf.com<br>Email: mkristof@tplf.com | Attorneys for Plaintiff<br>DENNIS ALCANTAR |

Dated:   December 18, 2019         /s/ Noelle Duncan
                                    Noelle Duncan

4821-4587-0510, v. 1